

United States District Court
Eastern District of California

| MICHAEL NIGRO, et al., | Case Number: | 2:26-cv-01309-CKD |

Plaintiff(s)

V.

| SLEEPCARE LLC d/b/a DAYBREAK, |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sonjay Singh _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

MICHAEL NIGRO, RICHARD MAIA, KERI ABELL, HEIDI FENTON, and ERIKA GARCIA

On ___June 15, 2021___ (date), I was admitted to practice and presently in good standing in the

___Supreme Court of Maryland___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Colby, et al. v. VisionWorks of America, Inc.; 1:25-cv-00387-JLT-SAB; 07/29/25 GRANTED

Crawford et al v. MFB Fertility, Inc.; 2:25-cv-02850-WBS-SCRl; 10/21/25 GRANTED

Date: ___06/02/2026___    Signature of Applicant: /s/ ___Sonjay C. Singh___

**Pro Hac Vice Attorney**

Applicant's Name: Sonjay Singh

Law Firm Name: SIRI & GLIMSTAD LLP

Address: 400 East Pratt Street 8th Floor - #16946751

City: Baltimore          State: MD      Zip: 21202

Phone Number w/Area Code: (772) 783-8436

City and State of Residence: Bethesda, Maryland

Primary E-mail Address: ssingh@sirillp.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew J. Langley

Law Firm Name: ALMEIDA LAW GROUP LLC

Address: 849 W. Webster Ave.

City: Chicago          State: IL      Zip: 60614

Phone Number w/Area Code: (773) 554-9354          Bar # 342846

## ORDER

Dated: June 2, 2026

_Carolh M. Delany_
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Maryland

### Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the  fifteenth day of June, 2021,

## *Sonjay Chandi Singh*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-fifth day of April, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-fourth day of February, 2026.

_____
Clerk of the Supreme Court of Maryland