# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL NIGRO, RICHARD MAIA, KERI ABELL, HEIDI FENTON, and ERIKA GARCIA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SLEEPCARE LLC d/b/a DAYBREAK,

Defendant.

Case No. 2:26-cv-01309-CKD

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Assigned to the Hon. Carolyn K. Delaney

1

Plaintiffs Michael Nigro, Richard Maia, Keri Abell, Heidi Fenton, and Erika Garcia ("Plaintiffs") and Defendant Sleepcare LLC d/b/a Daybreak ("Defendant"), through their respective counsel, submitted a Joint Stipulation to set a briefing schedule for Defendant's forthcoming Motion to Dismiss.

Having considered the Joint Stipulation and good cause appearing therefor, **IT IS SO ORDERED**:

1. The deadline for Defendant to file its Motion to Dismiss Plaintiffs' First Amended Complaint shall be extended by fourteen (14) days up to and including **July 10, 2026**, the deadline for Plaintiffs to file their Response to the Motion shall be extended by fourteen (14) days up to and including **August 7, 2026**, and the deadline for Defendant to file its Reply in support of the Motion shall be extended by seven (7) days up to and including **August 24, 2026**.

2. Accordingly, Defendant's Motion to Dismiss (ECF No. 6) the original Complaint is DENIED as moot and the hearing set for July 29, 2026, is VACATED.

Dated:  June 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 nigr26cv1309.stip.mtd

2