

# United States District Court
# Eastern District of California

| | |
|---|---|
| Michael Nigro et al. | |
| Plaintiff(s) | Case Number: 2:26-cv-01309-CKD |
| V. | |
| Sleepcare LLC d/b/a Daybreak | APPLICATION FOR PRO HAC VICE |
| Defendant(s) | AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Mason D. Roberts hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Sleepcare LLC d/b/a Daybreak

On 11/08/2018 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/08/2026    Signature of Applicant: /s/ Mason D. Roberts

**Pro Hac Vice Attorney**

Applicant's Name: Mason D. Roberts

Law Firm Name: Foley & Lardner LLP,; 321 N. Clark St., Ste.

Address: 321 N. Clark Street, Suite 3000

City: Chicago    State: IL    Zip: 60654`

Phone Number w/Area Code: (312) 832-4500

City and State of Residence: Chicago, Illinois

Primary E-mail Address: mroberts@foley.com

Secondary E-mail Address: mroberts@foley.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Micah A. Chavin

Law Firm Name: Foley & Lardner LLP

Address: 55 Spear Street, Suite 1900

City: San Francisco    State: CA    Zip: 94105

Phone Number w/Area Code: (415) 434-4484    Bar # 313634

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 9,  2026

_____
JUDGE, U.S. DISTRICT COURT



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/8/2026

Re: Mason Daniel Roberts
    Attorney No. 6330345

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Mason Daniel Roberts was admitted to practice law in Illinois on 11/8/2018; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
    Andrew Oliva
    Registrar