MICAH A. CHAVIN (SBN 313634)
micah.chavin@foley.com
FOLEY & LARDNER LLP
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOSEPH W. SWANSON (*admitted pro hac vice*)
joe.swanson@foley.com
FOLEY & LARDNER LLP
100 N. TAMPA STREET, SUITE 2700
TAMPA, FL 33602
TELEPHONE: 813.229.2300
FACSIMILE: 813.221.4210

MASON D. ROBERTS (*admitted pro hac vice*)
mroberts@foley.com
FOLEY & LARDNER LLP
321 N. CLARK STREET, SUITE 3000
CHICAGO, IL 60654
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

*Attorneys for Defendant*
*Sleepcare LLC d/b/a Daybreak*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL NIGRO, RICHARD MAIA, KERI ABELL, HEIDI FENTON, EVELYN HERNANDEZ, and ERIKA GARCIA, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

v.

SLEEPCARE LLC d/b/a DAYBREAK,

Defendant.

Case No. 2:26-cv-01309-CKD

**DEFENDANT SLEEPCARE LLC D/B/A DAYBREAK'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

Date: September 9, 2026
Time: 10 a.m. PST
Place: Zoom
Judge: Hon. Carolyn K. Delaney

Case Filed: April 3, 2026

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD.**

**PLEASE TAKE NOTICE THAT** on September 9, 2026 at 10 A.M. PST, or as soon thereafter as this matter may be heard, in courtroom #29 of the Honorable Carolyn K. Delaney, Chief Magistrate Judge of the Eastern District of California, via Zoom, Defendant Sleepcare LLC d/b/a Daybreak ("Daybreak"), will move and hereby does move this Court for an order dismissing Plaintiffs Michael Nigro, Richard Maia, Keri Abell, Heidi Fenton, Evelyn Hernandez, and Erika Garcia's ("Plaintiffs") Amended Class Action Complaint.

This Motion is based on this Motion and the Memorandum of Points and Authorities, all filings and pleadings in this action, and all filings and on such other and further matters as the Court may consider.

**WHEREFORE**, Sleepcare LLC d/b/a Daybreak respectfully requests that the Court dismiss Plaintiffs' Amended Class Action Complaint.

DATED July 10, 2026.

Respectfully submitted,

FOLEY & LARDNER LLP

By: /s/ *Micah A. Chavin*

Micah A. Chavin (SBN 313634)
55 Spear Street Tower, Suite 1900
San Francisco, CA 94105
micah.chavin@foley.com
(415) 434-4484

Joseph W. Swanson (*admitted pro hac vice*)
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
joe.swanson@foley.com
(813) 229-2300

Mason D. Roberts (*admitted pro hac vice*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
mroberts@foley.com
(312) 832-4500

*Attorneys for Defendant Sleepcare LLC d/b/a Daybreak*