MICAH A. CHAVIN (SBN 313634)
micah.chavin@foley.com
FOLEY & LARDNER LLP
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOSEPH W. SWANSON (*pro hac vice*)
joe.swanson@foley.com
FOLEY & LARDNER LLP
100 N. TAMPA STREET, SUITE 2700
TAMPA, FL 33602
TELEPHONE: 813.229.2300
FACSIMILE: 813.221.4210

MASON D. ROBERTS (*pro hac vice*)
mroberts@foley.com
FOLEY & LARDNER LLP
321 N. CLARK STREET, SUITE 3000
CHICAGO, IL 60654
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

*Attorneys for Defendant*
*Sleepcare LLC d/b/a Daybreak*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL NIGRO, RICHARD MAIA, KERI ABELL, HEIDI FENTON, and ERIKA GARCIA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SLEEPCARE LLC d/b/a DAYBREAK,<br><br>Defendant. | Case No. 2:26-cv-01309-CKD<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND ~~[PROPOSED]~~ ORDER**<br><br>Judge: Hon. Carolyn K. Delaney<br><br>Case Filed: April 3, 2026 |

Plaintiffs Michael Nigro, Richard Maia Keri Abell, Heidi Fenton and Erika Garcia ("Plaintiffs") and Defendant Sleepcare LLC d/b/a Daybreak ("Daybreak"), by and through their respective counsel, stipulate as follows:

WHEREAS, on June 15, 2026, Plaintiffs and Daybreak submitted a briefing schedule for the Motion to Dismiss (Dkt. #13);

WHEREAS, on July 10, 2026, Daybreak file its motion to dismiss Plaintiffs' First Amended Complaint (Dkt. 18).

WHEREAS, on August 7, 2026, Plaintiffs filed its response in opposition to Defendant's motion (Dkt. 19).

WHEREAS, Plaintiffs and Daybreak agreed to a twenty-one (21) day extension for Daybreak to file its reply in support of motion to dismiss to **September 14, 2026**.

WHEREAS, Plaintiffs and Daybreak agreed to continue the hearing from September 9, 2026 to November 4, 2026 at 10:00 a.m.

WHEREAS, there is good cause for this stipulation because the parties are engaged in productive and good faith discussions to resolve the matter informally, and believe it will preserve the parties' and this Court's resources to extend the briefing and hearing deadlines to allow these discussions to continue.

IT IS THEREFORE STIPULATED AND AGREED that Daybreak's deadline to file its reply in support of motion to dismiss shall be extended twenty-one (21) days, until and including **September 14, 2026** and the hearing on the motion to dismiss shall be continued to ~~November 4, or~~ a date thereafter convenient for the Court.

DATED this 14th day of August, 2026.

Respectfully submitted,

By: /s/ *Micah A. Chavin*

FOLEY & LARDNER LLP

Micah A. Chavin (SBN 313634)
55 Spear Street Tower, Suite 1900
San Francisco, CA 94105
micah.chavin@foley.com
(415) 434-4484

Joseph W. Swanson (*pro hac vice forthcoming*)
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
joe.swanson@foley.com
(813) 229-2300

Mason D. Roberts (*pro hac vice forthcoming*)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
mroberts@foley.com
(312) 832-4500

*Attorneys for Defendant Sleepcare LLC d/b/a Daybreak*

By: /s/ *Sonjay C. Singh* (as authorized on August 14, 2026)

ALMEIDA LAW GROUP LLC

Matthew J. Langley (SBN 342286)
849 W. Webster Avenue
Chicago, IL 60614
matt@almeidalawgroup.com
(773) 554-9354

SIRI & GLIMSTAD LLP

Sonjay C. Singh (*pro hac vice forthcoming*)
400 East Pratt Street
8th Floor - #16946751
ssingh@sirillp.com
(772) 783-8436

*Attorneys for Plaintiffs and Class*

# ORDER

Good cause appearing, the court adopts the parties' stipulation for extension of time and orders the deadline to file the reply in support of motion to dismiss is extended up to and including September 14, 2026, and the hearing on the motion to dismiss shall be continued to **November 18, 2026**. Accordingly, the hearing set for September 9, 2026 is VACATED.

Dated: August 18, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

nigr26cv1309.stip.eot