MICAH A. CHAVIN (SBN 313634)
micah.chavin@foley.com
FOLEY & LARDNER LLP
55 SPEAR STREET TOWER, SUITE 1900
SAN FRANCISCO, CA 94105
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOSEPH W. SWANSON (*pro hac vice*)
joe.swanson@foley.com
FOLEY & LARDNER LLP
100 N. TAMPA STREET, SUITE 2700
TAMPA, FL 33602
TELEPHONE: 813.229.2300
FACSIMILE: 813.221.4210

MASON D. ROBERTS (*pro hac vice*)
mroberts@foley.com
FOLEY & LARDNER LLP
321 N. CLARK STREET, SUITE 3000
CHICAGO, IL 60654
TELEPHONE: 312.832.4500
FACSIMILE: 312.832.4700

*Attorneys for Defendant*
*Sleepcare LLC d/b/a Daybreak*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL NIGRO, RICHARD MAIA, KERI ABELL, HEIDI FENTON, EVELYN HERNANDEZ and ERIKA GARCIA, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

SLEEPCARE LLC d/b/a DAYBREAK,

Defendant.

Case No. 2:26-cv-01309-CKD

**STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND ~~[PROPOSED]~~ ORDER**

Judge: Hon. Carolyn K. Delaney

Case Filed: April 3, 2026

Plaintiffs Michael Nigro, Richard Maia, Keri Abell, Heidi Fenton, Evelyn Hernandez and Erika Garcia ("Plaintiffs") and Defendant Sleepcare LLC d/b/a Daybreak ("Daybreak"), by and through their respective counsel, stipulate as follows:

WHEREAS, on June 15, 2026, Plaintiffs and Daybreak submitted a briefing schedule for the Motion to Dismiss (Dkt. #13).

WHEREAS, on July 10, 2026, Daybreak filed its Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 18).

WHEREAS, on August 7, 2026, Plaintiffs filed their response in opposition to Defendant's Motion (Dkt. 19).

WHEREAS, on August 14, 2026, the parties filed a joint stipulation seeking extension of Daybreak's deadline to file a reply brief in support of its Motion to Dismiss until September 14, 2026, due to the parties' ongoing settlement discussions (Dkt. 20).

WHEREAS, on August 18, 2026, the Court entered an Order granting that requested extension until September 14, 2026 and continuing the hearing on Daybreak's Motion to Dismiss to November 18, 2026 at 10:00 a.m. (Dkt. 21).

WHEREAS, since the Court's August 18, 2026 Order, the parties have continued to discuss potential resolution of this case and agree that they would benefit from an additional three weeks' time without the burden of needing to submit any further briefing.

WHEREAS, in light of those continued settlement discussions, Plaintiffs and Daybreak have agreed to a twenty-one (21) day extension for Daybreak to file its reply in support of motion to dismiss, until **October 5, 2026**.

WHEREAS, Plaintiffs and Daybreak agree that this stipulated request for an extension of time will not affect the Motion to Dismiss hearing scheduled for November 18, 2026 at 10:00 a.m.

WHEREAS, there is good cause for this stipulation because the parties are engaged in productive and good faith discussions to resolve the matter informally, and believe it will preserve the parties' and this Court's resources to extend the briefing deadline to allow these discussions to continue.

IT IS THEREFORE STIPULATED AND AGREED that Daybreak's deadline to file a reply in support of its Motion to Dismiss shall be extended twenty-one (21) days, until and including **October 5, 2026**. The hearing on Daybreak's Motion to Dismiss shall remain set for November 18, 2026 at 10:00 a.m.

DATED this 9th day of September, 2026.

Respectfully submitted,

By: /s/ *Micah A. Chavin*

FOLEY & LARDNER LLP

Micah A. Chavin (SBN 313634)
55 Spear Street Tower, Suite 1900
San Francisco, CA 94105
micah.chavin@foley.com
(415) 434-4484

Joseph W. Swanson (*pro hac vice* forthcoming)
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
joe.swanson@foley.com
(813) 229-2300

Mason D. Roberts (*pro hac vice* forthcoming)
321 N. Clark Street, Suite 3000
Chicago, IL 60654
mroberts@foley.com
(312) 832-4500

*Attorneys for Defendant Sleepcare LLC d/b/a Daybreak*

By: /s/ *Sonjay C. Singh* (as authorized on September 9, 2026)

ALMEIDA LAW GROUP LLC

Matthew J. Langley (SBN 342286)
849 W. Webster Avenue
Chicago, IL 60614
matt@almeidalawgroup.com
(773) 554-9354

SIRI & GLIMSTAD LLP

Sonjay C. Singh (*pro hac vice* forthcoming)
400 East Pratt Street
8th Floor - #16946751
ssingh@sirillp.com
(772) 783-8436

*Attorneys for Plaintiffs and Class*

## ORDER

**IT IS SO ORDERED.**

Dated: September 10, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 nigr26cv1309.stip.rep